UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL WORKERS' INSURANCE FUND AND TRUSTEES OF THE SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND FOR THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN,

Plaintiffs,

vs.

KENNETH THORNTON,

Defendant.

CASE NO. 2:06-CV-13048

HON. ROBERT H. CLELAND

---

SACHS WALDMAN,
PROFESSIONAL CORPORATION
GEORGE H. KRUSZEWSKI (P25857)
HOPE L. CALATI (P54426)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464 (phone), (313) 965-0268 (fax)

KENNETH THORNTON
In Pro Per
8120 Brentwood Lane
Temperance, MI 48182
(734) 847-8808

---

**STIPULATION TO ENTRY OF CONSENT JUDGMENT**

The undersigned hereby stipulate to the entry of the attached Consent Judgment.

STIPULATED AND AGREED TO:

s/ Hope L. Calati
HOPE L. CALATI (P54426)
SACHS WALDMAN,
PROFESSIONAL CORPORATION
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, MI 48226
(313) 965-3464
hcalati@sachswaldman.com

Dated: July 20, 2006

s/ Kenneth Thornton (by HLC w/p)
KENNETH THORNTON
In Pro Per
8120 Brentwood Lane
Temperance, MI 48182
(734) 847-8808

Dated: 7-16-06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE ELECTRICAL WORKERS' INSURANCE FUND AND TRUSTEES OF THE SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND FOR THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN,

Plaintiffs,

vs.

KENNETH THORNTON,

Defendant.

CASE NO. 2:06-CV-13048

HON. ROBERT H. CLELAND

---

SACHS WALDMAN,
PROFESSIONAL CORPORATION
GEORGE H. KRUSZEWSKI (P25857)
HOPE L. CALATI (P54426)
Attorneys for Plaintiffs
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464 (phone), (313) 965-0268 (fax)

KENNETH THORNTON
In Pro Per
8120 Brentwood Lane
Temperance, MI 48182
(734) 847-8808

---

**CONSENT JUDGMENT**

At a session of said Court, held in the City of Detroit, in the Theodore Levin U.S. Courthouse, on July 27, 2006

HON. Robert H. Cleland
UNITED STATES DISTRICT JUDGE

This matter having come before the Court on the parties' Stipulation for Entry of Consent Judgment and the Court being fully advised in the premises,

IT IS ORDERED THAT:

1. Plaintiffs Trustees of the Electrical Workers' Insurance Fund and Trustees of the Supplemental Unemployment Benefit Fund for the Electrical Industry, Detroit, Michigan, have and recover Judgment from defendant Kenneth Thornton ("Thornton") in the amount of $6,308.00 [1], and plaintiffs shall have execution therefor.

2. IT IS FURTHER ORDERED THAT post-judgment interest will accrue on the amount set forth in paragraph 1 as provided for in 28 USC 1961, and plaintiffs shall have execution therefor.

3. IT IS FURTHER ORDERED THAT execution on the amounts set forth in paragraphs 1 and 2 shall not issue so long as defendant makes installment payments on the amount of $5,478.00 by check payable to "Electrical Workers' Fringe Benefit Funds" which check must be received in the offices of plaintiffs' counsel, Hope L. Calati, 1000 Farmer, Detroit, Michigan 48226, in the amount of $200.00 per month with the first payment to be made on or before July 20, 2006 and subsequent payments shall be made on or before the twentieth of each subsequent month, with the final payment of $78.00, plus interest, to be made on or before September 20, 2008. Interest on installment payments will accrue at a rate of 7.00% from the date of entry of this Judgment through the date of the last payment, September 20, 2008.

4. Should any of the described in paragraph 3 above be received after its due date, defendant shall be in default hereunder, and without further application, notice, hearing or court

---

[1] The amount of $6,308.00 is the total of $4,218.00 in benefits paid by the Electrical Workers' Insurance Fund ("Insurance Fund"), $1,260.00 in benefits paid by the Supplemental Unemployment Benefit Fund for the Electrical Industry, Detroit, Michigan ("SUB Fund"),and $350.00 in costs and $480.00 in fees expended by plaintiffs in the prosecution of this matter.

order, (i) the entire amount of this Judgment, which is $6,308.00, less any payments received, plus all accrued post-judgment interest shall automatically be accelerated and become immediately due and payable, and (ii) plaintiffs shall be entitled to enforce this Judgment, and exercise all of their creditor rights and remedies through all available means, and plaintiffs shall have full rights of execution thereon.

5. Acceptance by the plaintiffs of any monthly installment payments described in paragraph 3 after their respective due dates shall not alter any of the obligations of defendant under this Judgment and shall not serve as a waiver of any of plaintiffs' rights under this Judgment.

6. This Court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Judgment.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 27, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 27, 2006, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522